IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANTONIO CORNELIOUS TURNER                               PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:09cv87 TSL-FKB

SHERIFF TOBY TROBRIDGE, JR.                             DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States magistrate judge entered in this cause on April 27, 2010, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed without prejudice due to plaintiff's failure to prosecute.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 18th day of May, 2010.

        /s/Tom S. Lee
        UNITED STATES DISTRICT JUDGE